UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America,<br>  Plaintiff,<br><br>            v.<br><br>  Jocel Manufacturing Co.<br>  Defendant | Case No. 00CR078 -01(PG) |

**PETITION FOR REMISSION**

**TO THE HONORABLE COURT:**

Now come, the United States of America, by its undersigned attorneys, petitions this court pursuant to 18 U.S.C. § 3573, as amended by P.L. 100-690, November 18, 1988, for remission of the monetary imposition imposed in this case.

1. On November 13, 2002 a judgment was entered in this Court against the above defendant, imposing a special monetary assessment of $800.00 and a fine of $20,000.00.

2. According to information obtained from the U.S. Bankruptcy Court, defendant assets were disbursed and no money was applied to this debt. There are no assets from which to collect the amount owed.

3. Pursuant to 18 U.S.C § 3573 upon petition by the Government that reasonable efforts to collect the fine or assessment are not likely to be effective the court may, in the interest of justice, remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties.

4. Public Law 100-690(November 18, 1988) amends 18 U.S.C. § 3573 by providing that this statue shall apply to all fines and assessments, irrespective of the date of imposition.

US v. Jocel Manufacturing Co.
Criminal Case No. 00CR0780-01(PG)
Page No. -2-

5. The United States Attorney has determined that there is no reasonable likelihood that expending further efforts to collect this fine would produce any revenue to the United States. Any further efforts would, in fact, be contrary to the interests of the United States because such efforts would needlessly expend resources that could be better directed to areas with greater potential for recovery.

**WHEREFORE**, the United States Attorney petitions this Honorable Court for an order pursuant to 18 U.S.C. § 3573, as amended, remitting the unpaid balance of the fine.

In San Juan, Puerto Rico, this 16th day of April of 2008.

ROSA EMILIA RODRIGUEZ VELEZ
United States Attorney

S/ REBECCA VARGAS VERA
Assistant U.S. Attorney
USDC Id No. 203307
Financial Litigation Unit
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR  00918
Tel. No. 766-5656