UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| United States of America,<br>Plaintiff,<br><br>v.<br><br>Jocel Manufacturing Co.<br>Defendant | Case No. 00CR078 -01(PG) |
|---|---|

### ORDER

Having this Court entertained plaintiff's Petition for Remission, this Court hereby grants said request pursuant to 18 U.S.C. § 3573, as amended.

GRANTED AND SO ORDERED.

At San Juan, Puerto Rico this ____ day of _____ of _____.

_____
U.S. DISTRICT JUDGE